AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DENNIS ALSTON,

Plaintiff,

v.

COASTAL STATE PRISON, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:24-cv-63

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated May 30, 2024, the Magistrate Judge's Report and Recommendation is ADOPTED as the opinion of the Court. Judgment is entered dismissing the Complaint without prejudice. This case stands closed.

Approved by: _____

June 5, 2024
Date

John E. Triplett, Acting Clerk
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03